[No. 56833-7-I.  Division One.  February 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL McGILL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-06803-1, Palmer Robinson, J., entered August 19, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 56854-0-I.  Division One.  February 12, 2007.]

JOSEPH LUNA ET AL., *Plaintiffs*, v. HOUSEHOLD FINANCE CORPORATION III ET AL., *Appellants*, GEORGE JOHNSON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-2-02673-1, Ira Uhrig, J., entered August 5, 2005. *Reversed* by unpublished opinion per Appelwick, C.J., concurred in by Agid and Schindler, JJ.

[No. 56896-5-I.  Division One.  February 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY NATHANIEL GATEWOOD, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-06785-1, Douglass A. North, J., entered September 6, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57077-3-I.  Division One.  February 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIANNE McQUADE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-06290-4, Laura Gene Middaugh, J., entered October 10, 2005. *Reversed* and *remanded* by unpublished opinion per Baker, J., concurred in by Agid and Becker, JJ.